# EXHIBIT A

Attention: Gregory Bishop, Fax: 7187293577 Sent by: 803-888-4047



**CONTINUING MEDICAL EDUCATION**
**CME Approved Aesthetic/Cosmetic Hands-on Workshop**
**December 7-8, 2019**
**HYATT REGENCY NEW ORLEANS**
FREE HOTEL STAY * BEST VALUE IN AESTHETIC MEDICINE * TOP RATED INSTRUCTOR

## - Approved for 15 AAFP Prescribed Credits -

15 CME Credit Hours
Live Patient Demonstrations
Hands-on Practice
Interactive Environment
Top Rated Instructor

Plus: One-on-one time with aesthetic professionals!

**LEVEL 1: AESTHETIC MEDICINE**
CAPITAL MEDICAL EDUCATION PRESENTS EDUCATION ON:

HAIR REMOVAL
MICRODERMABRASION
INJECTABLES
SKIN REJUVENATION
DERMAL FILLERS
NEEDLE FREE MESOTHERAPY
VAGINAL TREATMENTS
MARKETING
LASER LIPOLYSIS
VASCULAR TREATMENTS
ACNE TREATMENTS
LASER FOR NAIL FUNGUS
CELLULITE REDUCTION
LASER TATTOO REMOVAL
BODY CONTOURING/SHAPING
SKIN TIGHTENING

*Included with your tuition:*

Hotel Stay for Friday & Saturday Nights*
Lunch on Saturday and Sunday
Certificate of Attendance
15 CME Credit Hours
Course Materials and Workbook

**HYATT REGENCY - NEW ORLEANS, LA**
**DECEMBER 7-8, 2019**

Tuition: Only $1,150 ($550 for Support Staff*)

INCLUDES FREE HOTEL STAY FOR
FRIDAY AND SATURDAY NIGHTS!*

Promo Code: 1278SA

*Register Today—Free Rooms are Limited!*

**Call to Register: 1.803.237.9769**

The course agenda can be found at
www.CapitalMedicalEducation.com

*Call or visit www.CapitalMedicalEducation.com for details

### LEVEL 2: DECEMBER 9TH
**BOTULINUM TOXIN TYPE A (BOTOX/XEOMIN) - *ADVANCED*:**
***HANDS-ON INJECTION TRAINING FOR ALL ATTENDEES***
**AESTHETIC SYSTEMS:** MAKING THE BEST CHOICES FOR *YOUR* PRACTICE
**OFFICE DYNAMICS:** CREATING THE IDEAL OFFICE FLOW & CHOOSING THE RIGHT TEAM
**THE CLIENT:** POSITIVE AND PROFITABLE CLIENT INTERACTIONS

*This course is available to those who have completed the Level 1 course, "Aesthetic Medicine" – Call for details!*

**NEW COURSE**

The recipient is entitled to request that the sender not send any future advertisements to its telephone facsimile machine. Failure to comply within 30 days from the date the request is properly made is unlawful. 1-800-618-2840 is the telephone number and 1-803-888-4047 is the fax number for the recipient to transfer such opt-out request. This request will be effective only if the recipient's number to which the request relates is identified.