**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| BRUCE E. KATZ, M.D., P.C., d/b/a JUVA SKIN AND LASER CENTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MEDICAL EDUCATION, LLC, a South Carolina limited liability company,<br><br>Defendant. | Case No. 3:20-cv-02524-JMC |

**ORDER GRANTING
<u>PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT DISCOVERY</u>**

Plaintiff seeks the opportunity to engage in discovery to determine if an ascertainable class of individuals exists and to identify records available to potential class members. (ECF No. 16 at 2.) No one has made an appearance on behalf of Defendant in this case and the Clerk of Court has submitted an Entry of Default as to Defendant Capital Medical Education, LLC pursuant to Federal Rule of Civil Procedure 55(a). (ECF No. 10.) The court, finding Plaintiff's Motion for Leave to Conduct Discovery (ECF No. 16) both reasonable and unopposed, hereby **GRANTS** Plaintiff's Motion and **ORDERS** as follows:

1. Plaintiff shall have 120 days from the date of this Order to conduct discovery.
2. Plaintiff is directed to serve Defendant with a copy of this Order.
3. Any renewed motion for class certification shall be filed within 21 days of the close of the 120-day discovery period.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

January 6, 2022
Columbia, South Carolina